JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JORGE A. RIVERA, an individual,

Plaintiff,

v.

RANDSTAD US, LLC, a Delaware Limited Liability Company; SHASTA BEVERAGES, INC., a Delaware corporation, BRYAN DOE, an individual, and DOES 1-50, inclusive,

Defendants.

Case No. 2:26-cv-06216-SPG-PD

**ORDER GRANTING, IN PART, JOINT STIPULATION TO BINDING ARBITRATION AND REMAND**
**[ECF NO. 18]**

Before the Court is the parties' Joint Stipulation to Binding Arbitration and Remand, (ECF No. 18 ("Stipulation")). The parties request that this Court remand the matter back to the Superior Court of California, County of Los Angeles, where the parties may file a stipulation to stay the action pending completion of arbitration. (Stip. at 2–3.) The parties have also stipulated that, upon remand, the Superior Court shall submit matters to arbitration and stay proceedings pending resolution. (*Id*. at 3.) While this Court may not enter an Order binding the Superior Court, it may consider the parties' stipulation to remand the case.

Accordingly, the Court GRANTS, in part, the Stipulation, and ORDERS as follows:

1. This action is remanded to the Superior Court of California, County of Los Angeles; and

2. Within thirty days of remand, the parties shall file the agreed upon stipulation with the Superior Court of California, County of Los Angeles, requesting that the matter be submitted to arbitration and the proceedings stayed until the matter is resolved.

**IT IS SO ORDERED.**

Dated: October 27, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE